# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VANGIESON,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK ESPER, in his official capacity as the SECRETARY OF DEFENSE, the DEFENSE CONTRACT AUDIT AGENCY; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 20-cv-01033-LAB-LL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

    The parties jointly moved for an extension of Defendants' time to respond to the Complaint. Dkt. 5. They state that the parties conferred regarding Plaintiff's Complaint and Plaintiff intends to file an amended complaint. They ask that the Court extend Defendants' deadline to respond until fourteen days after the date that Plaintiff files his amended pleading. The parties did not propose a deadline for Plaintiff's amendment. The Court finds good cause for the requested extension. The Court **GRANTS** the Motion and **ORDERS** as follows:

///

1) Unless otherwise ordered, Plaintiff's amended pleading must be filed no later than **October 19, 2020**.

2) Defendants shall file a response fourteen (14) days from the date that Plaintiff files an amended complaint.

**IT IS SO ORDERED.**

DATED: September 23, 2020

_Larry A. Burns_
Hon. Larry A. Burns
United States District Judge